# Order

Michigan Supreme Court
Lansing, Michigan

July 30, 2007

133786

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                            SC:  133786
                            COA:  276183
                            Kent CC:  95-003388-FC
                                            95-003419-FC

JOHN ROBERT UMBARGER,
     Defendant-Appellant.
_____/

     On order of the Court, the application for leave to appeal the April 5, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

s0723

_____
Clerk